

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/16/2015 01:30 PM

COURTROOM   9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-03742-KRM | 11 | 04/13/2015 |

Chapter 11

**DEBTOR:**   Federal Verification Company, Inc., Successor by Merger to GSA 1000, LLC

**DEBTOR ATTY:**   Michael Markham

**TRUSTEE:**   NA

**HEARING:**

Emergency Motion Attorney General's Emergency Motion For An order Declaring The Automatic Stay Under 11 U.S.C. 362 Inapplicable To The Attorney General's Actions Against The Debtor, Or In The Alternative, For Relief From The Automatic Stay for Relief from Stay (Verify Fee) Re: No Property Filed by Jennifer Pinder on behalf of Creditor Office of the Attorney General, State of Florida, Department of Legal Affairs, Doc #3
.

**APPEARANCES::**
  Nicole Peair, Michael Markham, Julia Harris, Jennifer Pinder.

**RULING:**
Emergency Motion Attorney General's Emergency Motion For An order Declaring The Automatic Stay Under 11 U.S.C. 362 Inapplicable To The Attorney General's Actions Against The Debtor, Or In The Alternative, For Relief From The Automatic Stay for Relief from Stay (Verify Fee) Re: No Property Filed by Jennifer Pinder on behalf of Creditor Office of the Attorney General, State of Florida, Department of Legal Affairs, Doc #3 -   Granted in part as stated on the record; ruling reserved as to remaining issues. Order by Harris/Pinder
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.